RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 12.01.03

COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 19 A 10: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

KAREN WRIGHT,
    Plaintiff

v.

UNUM PROVIDENT CORPORATION,
    Defendant

FEDERAL COURT
CIVIL ACTION NO.:

**03-12559WGY**

MAGISTRATE JUDGE _____

### PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

**I.  Parties**

The Plaintiff, Karen Wright, is an individual residing in the city of Gloucester, Massachusetts, County of Essex, Massachusetts.

The Defendant, UNUM Provident Corporation (hereinafter "UPC") is a Tennessee corporation doing business in the Commonwealth of Massachusetts.

**II.  Jurisdiction**

The jurisdiction of this court is based on diversity of citizenship, 28 U.S.C. 1332 U.S.C., and the amount controversy exceeds $75,000.

**III  Factual Background**

1. On June 8, 1989, the defendant, UPC, issued a disability policy to the plaintiff.

2. On or about December 12, 1998, the plaintiff became disabled as a result of various medical conditions, including, but not limited to, fibromyalgia.

3. The defendant, UPC, began to pay benefits.

4. On January 9, 2001, the defendant notified plaintiff that it would cease paying benefits, contending that the plaintiff no long met the eligibility requirements under the policy.

5. The decision to terminate benefits resulted in the cessation of benefits effective March 11, 2001.

### COUNT I - Breach of Contract

6. The plaintiff restates and incorporates by reference paragraphs 1 through 5 as if specifically set forth herein.
7. The defendant had an obligation, pursuant to the terms of the insurance policy, to continue to pay the plaintiff disability benefits past March 11, 2000. Specifically, the defendant had an obligation to pay said benefits to date and continuing.
8. The failure of the defendant, UPC, to pay benefits in accordance with its obligations under the contract constitutes a breach of contract.
9. As a result of the defendant's breach of contract, the plaintiff has suffered financial damage.

WHEREFORE, the plaintiff demands judgment against the defendant, UPC, for all damages due under the contract, costs and attorneys' fees.

### COUNT II - Violation of M.G.L. c. 176(d) and 93(a)

10. The plaintiff restates and incorporates by reference paragraphs 1 through 9 of her Complaint as if specifically set forth herein.
11. The conduct of the defendant, heretofore described, constitutes a violation of M.G.L. c. 176(d) and, correspondingly, M.G.L. c. 93(a), §9.
12. On June 3, 2002, the plaintiff sent a written demand for relief, pursuant to M.G.L. c. 93(a), §9. Said written demand for relief was received by the defendant, UPC, on June 6, 2002.
13. The defendant failed to respond, within 30 days, with a reasonable offer of settlement. As a result of the unfair and deceptive conduct of the defendant, heretofore described, the plaintiff suffered injury or loss.

WHEREFORE, the plaintiff demands judgment against the defendant for all damages she has sustained, attorneys' fees, costs, and treble damages.

### PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES RAISED

                                                        Plaintiff,
                                                        by her attorney,

                                                        _____
                                                        BRIAN S. MCCORMICK, ESQ.
                                                        BBO #550533
                                                        Orlando & Associates
                                                        One Western Avenue
                                                        Gloucester, MA 01930
Date_____                    (978) 283-8100

(Wright/Karen/Complaint)