UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN WRIGHT,<br>    Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORPORATION,<br>    Defendant | CIVIL ACTION NO. 03-12559-WGY |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Kristina H. Allaire and Joan O. Vorster on behalf of the defendant, UnumProvident Corporation, in the above-entitled case.

{H:\PA\Lit\16310\00064\A0703600.DOC}

        UNUMPROVIDENT CORPORATION

        By it attorneys,

        /s/ Kristina H. Allaire
        Joan O. Vorster, Esq., BBO #550375
        Kristina H. Allaire, Esq., BBO #646001
        Mirick, O'Connell, DeMallie & Lougee, LLP
        100 Front Street
        Worcester, MA 01608-1477
        Phone: (508) 791-8500
        Fax:   (508) 791-8502

Dated: April 13, 2004

## CERTIFICATE OF SERVICE

     I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Brian S. McCormick, Esq., Orlando & Associates, One Western Avenue, Gloucester, MA 01930.

        /s/ Kristina H. Allaire
        Kristina H. Allaire, Esq.

Dated: April 13, 2004