UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KAREN WRIGHT,
    Plaintiff

    V.

UNUM PROVIDENT CORPORATION,
    Defendant

CIVIL ACTION NO. 03-12559-WGY

## DEFENDANT'S INITIAL MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, UnumProvident Corporation ("UnumProvident"), requests that the date for filing an answer, or motion addressed to plaintiff's Complaint be extended 30 days from April 19, 2004 to May 19, 2004.  This is UnumProvident's first request for an extension of time to respond to plaintiff's Complaint.

On or about March 29, 2004, the plaintiff served a Summons and Complaint on UnumProvident.  UnumProvident's answer to plaintiff's Complaint is due on April 19, 2004.  UnumProvident is in the process of gathering the documents regarding this claim.  As of the time of the filing of this motion, the undersigned counsel has not received the claim file from UnumProvident.  The undersigned, UnumProvident's counsel, will be out of the office at a conference beginning on April 14, 2004 and will not return until April 20, 2004, after the answer is due.  Therefore, the undersigned counsel requests an extension of 30 days to review the claim file and respond to the Complaint.

Plaintiff's counsel has consented to the allowance of this motion.

{H:\PA\Lit\16310\00064\A0703602.DOC}

2

UNUMPROVIDENT CORPORATION

By it attorneys,


        /s/ Kristina H. Allaire
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: April 13, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Brian S. McCormick, Esq., Orlando & Associates, One Western Avenue, Gloucester, MA 01930.


        /s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: April 13, 2004