# UNITED STATES DISTRICT COURT

District of _____

KAREN WRIGHT, Plaintiff

V.

UNUM PROVIDENT CORPORATION, Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    03CV12559WGY

# 03-12559 WGY

TO: (Name and address of Defendant)

CT Corporation
101 Federal Street
Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian S. McCormick, Esquire
Orlando & Associates
One Western Avenue
Gloucester, MA   01930

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
MAY 1 2 2004
ORLANDO & ASSOCIATES
3-25-04

TONY ANASTAS

CLERK

(By) DEPUTY CLERK