UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN WRIGHT,<br>     Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORPORATION,<br>     Defendant | CIVIL ACTION NO. 03-12559-WGY |

## **STIPULATION**

The parties to this action hereby agree and stipulate as follows:

1.     The plaintiff has inappropriately named UnumProvident Corporation as the defendant in this case.

2.     Provident Life and Accident Insurance Company issued the individual disability policy at issue in this case and is the appropriate defendant for any liability arising out of the causes of action contained in plaintiff's Complaint.

3.     Provident Life and Accident Insurance Company, by and through the undersigned counsel, assents to its substitution as the defendant in this case.

4.     Pursuant to the provisions of the Federal Rules of Civil Procedure, 41(a)(1)(ii), all of the plaintiff's claims against UnumProvident Corporation in this action are dismissed with prejudice, without costs, and waiving all rights of appeal.

| | |
|---|---|
| KAREN WRIGHT | UNUMPROVIDENT CORPORATION and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY |
| By her attorney, | By it attorney, |
| /s/ Brian S. McCormick  (KHA) | /s/ Kristina H. Allaire |
| Brian S. McCormick, Esq.<br>Orlando & Associates<br>One Western Avenue<br>Gloucester, MA 01930<br>Phone (978) 283-8100<br>Fax: (978) 283-8507 | Joan O. Vorster, Esq., BBO #550375<br>Kristina H. Allaire, Esq., BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |
| Dated:  May 24, 2004 | Dated:  May 24, 2004 |