UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN WRIGHT,<br>         Plaintiff<br><br>V.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>         Defendant | CIVIL ACTION NO. 03-12559-WGY |

## **JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1**

This is an action in which the plaintiff, Karen Wright contends that she is entitled to disability benefits pursuant to a disability income policy (the "Policy"). Ms. Wright has brought claims for breach of contract and violation of M.G.L. c. 176(d) and 93(a). The defendant, Provident Life and Accident Insurance Company ("Provident") has denied the allegations made by Ms. Wright, and contends that Ms. Wright was not totally disabled within the terms of the Policy.

PROPOSED PRE-TRIAL SCHEDULE

1. Amendments to the pleadings by October 1, 2004.

2. Written discovery requests to be completed by January 1, 2005.

3. All depositions, except expert depositions, to be completed by February 1, 2004.

4. Plaintiff's Disclosure of information contemplated by Federal Rule of Civil Procedure 26(a)(2) regarding expert witnesses is to be provided by March 1, 2005.

5. Defendant's Disclosure of information contemplated by Federal Rule of Civil Procedure 26(a)(2) regarding expert witnesses is to be provided by April 1, 2005.

6. Expert depositions are to be completed by May 15, 2004.

7. All dispositive motions, including motions for summary judgment, are to be filed by July 1, 2005. Responses to be filed thirty (30) days thereafter.

## TRIAL BY MAGISTRATE

The parties do not consent to trial by Magistrate Judge at this time.

## CERTIFICATIONS

The parties will file their Local Rule 16 Certifications separately.

| KAREN WRIGHT | PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY |
|---|---|
| By her attorney, | By its attorney, |
| _____/s/ Brian McCormick_(kha)_____ | /s/Kristina H. Allaire |
| Brian S. McCormick, Esq. BBO# 550533 | Joan O. Vorster, Esq., BBO #550375 |
| Orlando & Associates | Kristina H. Allaire, Esq., BBO #646001 |
| One Weston Avenue | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Gloucester, MA 01930 | 100 Front Street |
| Phone : (978) 283-8100 | Worcester, MA 01608-1477 |
| | Phone: (508) 791-8500 |
| | Fax:    (508) 791-8502 |

Dated: June 2, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, via electronic filing, to Brian S. McCormick, Esq., Orlando & Associates, One Western Avenue, Gloucester, MA 01930.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: June 2, 2004