UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN WRIGHT,<br>    Plaintiff<br><br>V.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 03-12559-WGY |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Kristina H. Allaire, attorney for defendant, Provident Life & Accident Insurance Company, and Richard T. Brooks, its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____  
Kristina H. Allaire, BBO # 646001  
Mirick, O'Connell, DeMallie & Lougee, LLP  
100 Front Street  
Worcester, MA 01608-1477  
Phone: (508) 791-8500  
Fax:    (508) 791-8502  

_____  
Richard T. Brooks  
Vice President and Managing Counsel  
1 Fountain Square  
Chattanooga, Tennessee 37402  

Dated: June 4, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Alliare, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Brian S. McCormick, Esq., Orlando & Associates, One Western Avenue, Gloucester, MA 01930.

Kristina H. Allaire, Esq.

Dated: June 4, 2004

{H:\PA\Lit\16310\00064\A0713846.DOC}