UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN WRIGHT,                )
            Plaintiff,       )
                             )   CIVIL ACTION
v.                           )   NO.: 03-12559-WGY
                             )
PROVIDENT LIFE AND ACCIDENT  )
INSURANCE COMPANY,           )
            Defendant.       )

**CERTIFICATION OF CONFERENCE PURSUANT TO FRCP 16.1(D)(3)**

Now comes plaintiff's counsel, and confirms that he has conferred, with his client, Karen Wright, about the following topics:

(a) With a view to establishing a budget for the costs of conducting the full course - - - and various alternative courses - - - of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

This document confirms that such communications and conferences have occurred.

Plaintiff,
By her attorney,

BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

CERTIFICATE OF SERVICE

I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that I served a copy of the foregoing Certification of Conference Pursuant to FRCP 16.1(D)(3), in hand to Kristina Allaire, Esq., Mirick, O'Connell, DeMallie & Loughee, LLP, 100 Front Street, Worcester, MA 01608 on this 7th day of June, 2004.

BRIAN S. MCCORMICK, ESQ.

Cases/Wright/Karen/ClientCertConf