UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN WRIGHT,<br>    Plaintiff<br><br>V.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 03-12559-WGY |

**REVISED JOINT STATEMENT OF THE PARTIES
PURSUANT TO LOCAL RULE 16.1**

This is an action in which the plaintiff, Karen Wright contends that she is entitled to disability benefits pursuant to a disability income policy (the "Policy"). Ms. Wright has brought claims for breach of contract and violation of M.G.L. c. 176(d) and 93(a). The defendant, Provident Life and Accident Insurance Company ("Provident") has denied the allegations made by Ms. Wright, and contends that Ms. Wright was not totally disabled within the terms of the Policy.

PROPOSED PRE-TRIAL SCHEDULE

1. Amendments to the pleadings by August 2, 2004.

2. Written discovery requests to be completed by November 1, 2004.

3. All depositions, except expert depositions, to be completed by January 3, 2005.

4. Plaintiff's Disclosure of information contemplated by Federal Rule of Civil Procedure 26(a)(2) regarding expert witnesses is to be provided by January 15, 2005.

5. Defendant's Disclosure of information contemplated by Federal Rule of Civil Procedure 26(a)(2) regarding expert witnesses is to be provided by February 15, 2005.

6. Expert depositions are to be completed by March 15, 2005.

7. All dispositive motions, including motions for summary judgment, are to be filed by May 1, 2005. Responses to be filed in accordance with the Local Rules.

8. Trial date set for July 2005.

## TRIAL BY MAGISTRATE

The parties do not consent to trial by Magistrate Judge at this time.

## CERTIFICATIONS

The parties will file their Local Rule 16 Certifications separately.

| KAREN WRIGHT | PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY |
|---|---|
| By her attorney, | By its attorney, |
| /s/ Brian McCormick (kha) | /s/Kristina H. Allaire |
| Brian S. McCormick, Esq. BBO# 550533 | Joan O. Vorster, Esq., BBO #550375 |
| Orlando & Associates | Kristina H. Allaire, Esq., BBO #646001 |
| One Weston Avenue | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Gloucester, MA 01930 | 100 Front Street |
| Phone : (978) 283-8100 | Worcester, MA 01608-1477 |
| | Phone: (508) 791-8500 |
| | Fax:    (508) 791-8502 |

Dated: June 11, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, via electronic filing, to Brian S. McCormick, Esq., Orlando & Associates, One Western Avenue, Gloucester, MA 01930.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: June 11, 2004