**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN WRIGHT
       Plaintiff(s)

V.

UNUM PROVIDENT CORPORATION, et al
       Defendant(s)

CIVIL ACTION

NO.03-CV-12559-WGY

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF JUDGE YOUNG

[ X ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    _____ SECOND MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____ ]
The parties were present in person or by authorized corporate officer [except _____ ].

The case was:

[ ]   Settled. Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

[ ]   _____

10/5/04
DATE

/s/ Hon. Walter Jay Skinner
ADR Provider

Honorable Walter Jay Skinner