UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN WRIGHT,<br>  Plaintiff<br><br>V.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>  Defendant | CIVIL ACTION NO. 03-12559-WGY |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

SEP 0 1 2004

{H:\PA\Lit\16310\00064\A0729973.DOC}

<table>
<tr><td>

KAREN WRIGHT

By her attorney,

*[signature]*
_____
Brian S. McCormick, Esq. BBO# 550533
Orlando & Associates
One Weston Avenue
Gloucester, MA 01930
Phone : (978) 283-8100
Fax: (978) 283-8507

</td><td>

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

By its attorney,

*[signature]*
_____
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

</td></tr>
</table>

Dated:

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, via electronic filing, to Brian S. McCormick, Esq., Orlando & Associates, One Western Avenue, Gloucester, MA 01930.

*[signature]*
_____
Kristina H. Allaire, Esq.

Dated: 10/15/04